IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE WISHES,<br><br>        Plaintiff,<br><br>   v.<br><br>LITTLE WISH FOUNDATION,<br><br>        Defendant. | Case No. 16-cv-06613-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

On December 20, 2016, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of its complaint, filed November 15, 2016.

**IT IS SO ORDERED.**

Dated: December 22, 2016

                                                 MAXINE M. CHESNEY<br>
                                                 United States District Judge