AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LITTLE WISHES, <br>                     Plaintiff (s), <br> V. <br> LITTLE WISH FOUNDATION <br>                     Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER: 16-CV-06613 |

Notice is hereby given that, subject to approval by the court, __LITTLE WISHES__ substitutes
(Party (s) Name)

__Richard P. Doyle, Jr.__, State Bar No. __112459__ as counsel of record in
(Name of New Attorney)

place of __Perry J. Narancic__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     DOYLE LOW LLP
    Address:     3640 Mt. Diablo Blvd., Ste. 202, Lafayette, CA 94549
    Telephone:     (925) 295-1800     Facsimile     (925) 298-5944
    E-Mail (Optional):     rdoyle@doylelow.com

I consent to the above substitution.
Date: 01/03/2017
                                                                         (Signature of Party (s))

I consent to being substituted.
Date: 01/03/2017
                                        PERRY J. NARANCIC
                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/3/2017
                                                       (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 4, 2017
                                                       Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]