IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE WISHES,<br><br>        Plaintiff,<br><br>  v.<br><br>LITTLE WISH FOUNDATION,<br><br>        Defendant. | Case No. 16-cv-06613-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    In light of the pending "Motion for Preliminary Injunction," filed January 20, 2017, and noticed for hearing on February 24, 2017, the Initial Case Management Conference previously scheduled for February 24, 2017, is hereby CONTINUED to March 31, 2017, at 10:30 a.m.  A Joint Case Management Conference Statement shall be filed no later than March 24, 2017.

    **IT IS SO ORDERED.**

Dated: January 24, 2017

MAXINE M. CHESNEY
United States District Judge