UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| LITTLE WISHES,<br>A Non-Profit Public Benefit Corporation<br><br>Plaintiff(s),<br><br>vs.<br><br>LITTLE WISH FOUNDATION,<br>A Non-Profit Corporation<br><br>Defendant(s). | Case Number: 3:16-cv-06613-~~JCS~~ MMC<br><br>STIPULATION AND ORDER - CONTINUING INITIAL CMC<br><br>Hon. Maxine Chesney |

## 1. STIPULATION

IT IS HEREBY STIPULATED by the parties herein through their counsel of record that the Initial CMC currently set for hearing on March 31, 2017 shall be continued to April 14, 2017 at 10:30 a.m.

DOYLE & LOW

Dated: January 26, 2017      By:   s/ Jaime Herren
                                   Jaime Herren
                                   Counsel for Plaintiff
                                   LITTLE WISHES

NIELSEN, HALEY & ABBOTT LLP

Dated: January 26, 2017      By:   /s/ Stuart E. Jones
                                   Stuart E. Jones
                                   Attorneys for Defendant
                                   LITTLE WISH FOUNDATION, INC.

**IT IS ORDERED** that the forgoing Agreement is approved.[1]

Dated: January 27, 2017      _____Maxine M. Chesney_____
                             UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

---

1. The Court, through the deputy clerk, has been informed as to the reason for the requested continuance. The parties are hereby advised, however, that any such future stipulation requires a statement demonstrating good cause for the relief requested.

1