IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE WISHES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LITTLE WISH FOUNDATION,<br><br>　　　　Defendant. | Case No. 16-cv-06613-MMC<br><br>**ORDER DIRECTING PLAINTIFF AND DEFENDANT TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND COURT'S STANDING ORDERS** |

　　　　Defendant Little Wish Foundation filed its "Answer to Complaint by Little Wishes" on December 15, 2016, and its "Certification of Interested Parties" on January 18, 2017. Plaintiff Little Wishes filed its "Certificate of Interested Entities or Persons" on January 18, 2017, and its "Motion for Preliminary Injunction" on January 20, 2017.

　　　　Both parties have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　The parties are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. The parties are hereby advised that if they fail in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically filed document for which a chambers copy

has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: January 27, 2017

*/s/ Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge