United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE WISHES,<br><br>       Plaintiff,<br><br>   v.<br><br>LITTLE WISH FOUNDATION,<br><br>       Defendant. | Case No.  16-cv-06613-MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. Nos. 20, 34 |

Before the Court is plaintiff Little Wishes' Motion for Preliminary Injunction, filed January 20, 2017.  Defendant Little Wishes Foundation has filed opposition, to which plaintiff has replied.  The matter came on regularly for hearing on February 24, 2017. Richard Proctor Doyle, Jr. of Doyle Low LLP appeared on behalf of plaintiff.  Stuart E. Jones of Nielsen, Haley & Abbott LLP appeared on behalf of defendant.

The Court having considered the papers filed in support of and in opposition to the motion,[1] as well as the arguments of counsel at the hearing, the motion is, for the reasons stated on the record at the hearing, hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: February 24, 2017

MAXINE M. CHESNEY
United States District Judge

---

[1] Following the filing of the reply, defendant filed a "Motion to Strike Evidence Improperly Submitted with Plaintiff's Reply and Argument Thereon, or Alternatively, to Consider Responsive Evidence and Briefing."  The Court, for the reasons set forth at the hearing, GRANTS defendant's alternative request and, accordingly, has considered the responsive evidence and briefing submitted therewith.