Richard P. Doyle, Jr. (SBN 112459)
rdoyle@doylelow.com
Jaime B. Herren (SBN 271680)
jherren@doylelow.com
DOYLE LOW LLP
3640 Mt. Diablo Boulevard, Suite 202
Lafayette, CA 94549
925.295.1805 telephone
925.253.1071 fax

Attorneys for Plaintiff
LITTLE WISHES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE WISHES,<br>A Non-Profit California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LITTLE WISH FOUNDATION,<br>A Non-Profit Indiana Corporation,<br><br>Defendant. | Case No. C-16-6613 MMC<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Hearing: April 28, 2017<br>Time: 9:00 am<br><br>Honorable Maxine M. Chesney |

| | |
|---|---|
| 1 | This cause came to be heard upon the Notice of Motion and Motion for Leave to File |
| 2 | First Amended Complaint, by and on behalf of Plaintiff Little Wishes. |
| 3 | All parties were afforded full opportunity to be heard, and the Court, upon consideration |
| 4 | of the motion and defendant's "Statement of Non-Opposition," filed February 21, 2017, ~~pleadings, record, evidence, briefs, arguments of counsel, and the entire record in the~~ |
| 5 | ~~case,~~ grants to Plaintiff leave to file a First Amended Complaint, pursuant to Fed. R. Civ. Proc |
| 6 | 15. |
| 7 | Now, therefore, upon the entire record, it is **ORDERED, ADJUDGED, AND** |
| 8 | **DECREED** that the Motion for Leave to File First Amended Complaint is GRANTED. |
| 9 | Plaintiff is hereby DIRECTED to file its proposed First Amended Complaint no later |
| 10 | than April 28, 2017. |
| 11 | IT IS SO ORDERED. |
| 12 | Dated: April 24, 2017 |

*[Signature]*
MAXINE M. CHESNEY
United States District Judge