UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LITTLE WISHES, | ) | Case No. 3:16-cv-06613-MMC |
|---|---|---|
| Plaintiff. | ) ) | **~~PROPOSED~~ ORDER GRANTING DEFENDANT's MOTION TO CHANGE TIME RE DISCOVERY CUTOFF DATES** |
| v. | ) ) | |
| LITTLE WISH FOUNDATION, | ) ) | HON. MAXINE M. CHESNEY |
| Defendant. | ) ) ) | Complaint Filed: Nov. 15, 2016 Trial Date: May 21, 2018 |

ORDER

Having considered Defendant's motion to change time re the discovery cutoff dates, and finding good cause therefore.

IT IS HEREBY ORDERED that that the Pretrial Preparation Order is amended as follows: the non-expert discovery cutoff is continued from November 13, 2017, to February 12, 2018; the deadline for the designation of experts is continued from December 11, 2017, to January 15, 2018; the deadline for designation of rebuttal experts is continued from January 12, 2018, to February 12, 2018; and the expert discovery cutoff is continued from February 2, 2018, to March 26, 2018.

Dated: August 15, 2017

_____
HONORABLE MAXINE CHESNEY
United States District Judge