IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE WISHES,<br><br>        Plaintiff,<br><br>  v.<br><br>LITTLE WISH FOUNDATION,<br><br>        Defendant. | Case No. 16-cv-06613-MMC<br><br>**ORDER OF DISMISSAL** |

The parties having advised the Court that they have agreed to a settlement of this cause, and the settlement having been placed on the record,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: September 20, 2017

*Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge