# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE WISHES,<br>A Non-Profit Public Benefit Corporation<br><br>Plaintiff(s),<br><br>vs.<br><br>LITTLE WISH FOUNDATION,<br>A Non-Profit Corporation<br><br>Defendant(s). | Case Number: 3:16-cv-06613-JCS<br><br>STIPULATION AND ORDER –<br>DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>Hon. Maxine Chesney |

**STIPULATION**

IT IS HEREBY STIPULATED by the parties herein through their counsel of record that the Court shall enter an Order Dismissing Plaintiff's First Amended Complaint, with prejudice.

DOYLE & LOW

Dated: September 25, 2017     By:   s/ Richard Doyle
                                    Richard Doyle
                                    Counsel for Plaintiff LITTLE WISHES

NIELSEN, HALEY & ABBOTT LLP

Dated: September 25, 2017     By:   /s/ Stuart E. Jones
                                    Stuart E. Jones
                                    Attorneys for Defendant
                                    LITTLE WISH FOUNDATION, INC.

**IT IS ORDERED** that Plaintiff's First Amended Complaint is hereby dismissed with prejudice.

Dated: September 27, 2017     _____
                              Hon. Maxine Chesney
                              JUDGE OF THE UNITED STATES DISTRICT COURT FOR
                              THE NORTHERN DISTRICT OF CALIFORNIA

1

# PROOF OF SERVICE

I am a citizen of the United States. My business address is 3640 Mt. Diablo Blvd., Suite 202, Lafayette, California, 94549. I am employed in the County of Contra Costa, where this mailing occurs. I am over the age of 18 years, and not a party to the within action. On the date set forth below, following ordinary business practices, I served the foregoing document(s) described as:

**STIPULATION**

on the following person(s) in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

[X] (BY MAIL) By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Lafayette, California on September 25, 2017, addressed as set forth below:

Stuart E. Jones
Nielsen Haley & Abbott LLP
100 Smith Ranch Road, Suite 350
San Rafael, CA 94903
sjones@nielsenhaley.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 25, 2017 at Lafayette, California.

                                             s/ Laura Morrison
                                               Laura Morrison